# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| HENRY MARVIN MOSS, | : | |
| Petitioner, | : | |
| v. | : | 1:07-CV-46 (WLS) |
| TONY HENDERSON, Warden, | : | |
| Respondent. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed December 6, 2007. (Doc. 15). It is recommended that Petitioner's §2254 petition be dismissed as untimely. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 15) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Defendant's Motion to Dismiss (Doc. 8) is **GRANTED** and Petitioner's §2254 petition action is hereby **DISMISSED.**

**SO ORDERED**, this   11th   day of February, 2008.

  /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**